Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF VIRGINIA

In re:                                         )
                                               )
WHITE, PATRICK J                               )        Case No. 5-06-50043
                                               )
                                               )
            Debtor(s)                          )        Chapter 7
                                               )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:    January 4, 2010                      /s/ John G. Leake
                                              JOHN G. LEAKE
                                              P O Box 526
                                              Harrisonburg, VA  22803
                                              (540) 434-7425

Date: 01/04/10

Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-06-50043 - WHITE, PATRICK J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Automotive Finance Corp.<br>13052 Hamilton Crossing Blvd. Suite 300<br>Carmel, IN 46032<br>  FILE #08-700 | 000002 | 1,925.00 | 0.03 |
| NBA CU<br>P.O. Box 2206<br>Bristol, PA 19007<br>  0228 | 000003 | 1,568.21 | 0.01 |
| CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA  30091<br>  43 TDM 41737952031 | 000006 | 2,866.72 | 0.04 |
| ----------- Remittance Total --------------- | | 6,359.93 | 0.08 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

| Case Number: 5-06-50043    RK | | | Page  1 | | | | Date: January 4, 2010 |
|---|---|---|---|---|---|---|---|
| Debtor Name: WHITE, PATRICK J | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,360.12 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $3,304.98 | $0.00 | $3,304.98 | $3,304.98 | $55.14 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $55.06 | $0.00 | $55.06 | $55.06 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | G R "DICK" HEATWOLE | Admin | 001 | $1,372.50 | $1,372.50 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | G R "DICK" HEATWOLE | Admin | 001 | $1,033.31 | $1,033.31 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | SPENCER D AULT ESQ | Admin | 001 | $125.12 | $125.12 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $12,004.10 | $12,004.10 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| 000007 | U.S. Trustee's Office | Admin | 001 | $325.00 | $325.00 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | DIVISION OF MOTOR VEHICLES | Admin | 999 | $90.00 | $90.00 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Department of the Treasury | Priority | 040 | $1,844.84 | $1,844.84 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| 000001A | DEPT OF THE TREASURY | Priority | 040 | $400.00 | $400.00 | $0.00 | $0.00 | $0.08 |
| | | Percent Paid: 100.00000 % | | | | | | |
| 000001B | Dept of the Treasury | Unsec | 070 | $400.00 | $25.76 | $374.24 | $0.00 | $0.08 |
| | | Percent Paid: 6.44000 % | | | | | | |
| 000002 | Automotive Finance Corp. | Unsec | 070 | $1,925.00 | $123.96 | $1,801.04 | $0.03 | $0.05 |
| | | Percent Paid: 6.44104 % | | | | | | |
| 000003 | NBA CU | Unsec | 070 | $1,568.21 | $100.99 | $1,467.22 | $0.01 | $0.04 |
| | | Percent Paid: 6.44046 % | | | | | | |
| 000004B | Dept of the Treasury | Unsec | 070 | $249.13 | $16.04 | $233.09 | $0.00 | $0.04 |
| | | Percent Paid: 6.43841 % | | | | | | |
| 000006 | CAPITAL ONE BANK | Unsec | 070 | $2,866.72 | $184.60 | $2,682.12 | $0.04 | $0.00 |
| | | Percent Paid: 6.44081 % | | | | | | |
| 000010 | Thomas R. Young, Jr | Unsec | 070 | $675.00 | $43.47 | $631.53 | $0.00 | $0.00 |
| | | Percent Paid: 6.44000 % | | | | | | |

1|4|10

# PROPOSED DISTRIBUTION

| Case Number: 5-06-50043   RK | Page  2 | Date: January 4, 2010 |
|---|---|---|
| Debtor Name: WHITE, PATRICK J | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $32,738.97 | $22,189.69 | $10,549.28 | $3,360.12 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.